pellees.—Violation of Minimum Wage Act.  Ponce.  November 19, 1920.  *Withdrawn.*

---

No. 1608.  People, Appellant, *v.* Rengel, Appellee. — Larceny.  Ponce.  November 19, 1920.  *Withdrawn.*

---

No. 2347.  Schluter, Appellee, *v.* Santiago Brothers, Appellants.—Debt.  San Juan.  November 23, 1920.  *Dismissed.*

---

No. 2367.  Freyre, Appellee, *v.* Sevillano, Appellant.— Debt.  San Juan.  November 23, 1920.  *Dismissed.*

---

No. 2353.  Ramos, Appellant, *v.* Lareño Garage, Appellee.—Damages.  Aguadilla.  November 23, 1920.  *Dismissed.*

---

No. 2354.  Quiñones, Appellant, *v.* Alcover, Appellee.— Filiation.  Aguadilla.  November 23, 1920.  *Dismissed.*

---

No. 308.  Martínez, Petitioner, *v.* Berga, District Judge, Respondent. — Certiorari.  Aguadilla.  November 23, 1920.  *Denied.*

---

No. 2373.  Fernández, Appellant, *v.* Carvajal, Appellee.—Divorce.  San Juan.  November 26, 1920.  *Withdrawn.*

---

No. 2378.  Ex parte Alméstica, Appellant.—Habeas corpus.  San Juan.  November 29, 1920.  *Withdrawn.*